Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8180
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. LEGGETT, | Case No. 5:25-cv-03547-CV-MBK |
| Plaintiff, | **ORDER GRANTING MOTION TO APPEAR VIRTUALLY FOR THE SCHEDULING CONFERENCE** |
| v. | |
| MNET FINANCIAL, INC., | **Date:** May 1, 2026<br>**Time:** 1:30 PM |
| Defendants. | **Location:**<br>First Street Courthouse<br>Courtroom 10B<br>350 West 1st Street<br>Los Angeles, California 90012 |

This matter coming before the Court on Plaintiff's Motion to Appear Virtually for the Scheduling Conference, the Court having reviewed the same and being advised in the premises, it is hereby ORDERED:

1. Plaintiff's Motion is granted.

2. Plaintiff's Counsel is authorized to appear virtually for the Scheduling Conference.

Dated: _____

/s/ _____
UNITED STATES DISTRICT JUDGE

1