Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK W. LEGGETT,<br>Plaintiff,<br>v.<br>MNET FINANCIAL, INC.,<br>Defendants. | **Case No. 5:25-cv-03547-CV-MBK**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Cynthia V. Dixon |

Plaintiff, FRANK W. LEGGETT, and Defendant, MNET FINANCIAL, INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's claims against MNET FINANCIAL, INC. Each party to bear its own attorney's fees and costs.

DATED: August 13, 2026 Respectfully submitted,

<u>/s/ *Alexander J. Taylor*</u>
Alexander J. Taylor, Esq.
California Bar No. 332334
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181

<u>*/s/ Jill S. David*</u>
Jill S. David, Esq.
California Bar No. 271089
JDavid Law Practice, APC
1600 Rosecrans Ave, Building 7
4th Floor
Manhattan Beach, CA 90266

ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

Telephone: (310) 727-3530
jdavid@jdavidlaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq